UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:05-CR-00001-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SAMUEL M. FAISON | ) | |

This matter is before the court on defendant's letter dated 31 October 2012. To the extent the letter could be deemed a motion to defer payment of defendant's fine until his release from imprisonment, it is DENIED. See 18 U.S.C. §§ 3572(c) (recognizing limited circumstances upon which fine can be modified), 3573(2) (providing the court authority to defer payment of a fine imposed upon petition of the *government*).

This 29 November 2012.

W. Earl Britt
Senior U.S. District Judge